DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ISAAC GILMORE,**
Appellant,

v.

**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,**
Appellee.

No. 4D21-968

[November 24, 2021]

Administrative appeal from the Department of Business and Professional Regulation; L.T. Case No. 2020-022885 CILB.

Isaac Gilmore, Hollywood, pro se.

Austin Kirtley, Assistant General Counsel, Unlicensed Activity, Department of Business and Professional Regulation, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***